CHIEF JUSTICE GRAY,
dissenting.
¶14 I dissent from the Court’s conclusion in ¶ 7 that, pursuant to § 40-4-208(4), MCA, Florian’s maintenance obligation to Charlene ended when she remarried. I would reverse the District Court.
¶15 The maintenance provisions in the Marital and Property Settlement Agreement incorporated into the decree of dissolution required Florian to pay Charlene a certain sum each month, beginning April 1, 2005, as maintenance. The final payment was to be made on December 1, 2009. In my view, the date certain for the final payment of maintenance-while not referencing remarriage-is an agreement in writing regarding the obligation to pay future maintenance pursuant to § 40-4-208(4), MCA. I would enforce the Agreement incorporated into the decree by its terms.
¶16 I dissent.